**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **DELAWARE**
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  YOGAWORKS, INC., a Delaware C-Corporation

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  47-1219105

4. **Debtor's address**

   Principal place of business

   2215  Main Street
   Number    Street

   Santa Monica    CA    90405
   City            State  ZIP Code

   Los Angeles
   County

   Mailing address, if different from principal place of business

   Number    Street

   P.O. Box

   City    State    ZIP Code

   Location of principal assets, if different from principal place of business

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**    www.yogaworks.com

Debtor  **YOGAWORKS, INC.**                                      Case number (if known)_____
      Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**8121**  __  __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor __YOGAWORKS, INC._____   Case number (if known)_____
      Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ■ No
    ☐ Yes.  District _____ When _____ Case number _____
                                          MM / DD / YYYY

              District _____ When _____ Case number _____
                                            MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ■ Yes.  Debtor  See Schedule 1 Attached _____ Relationship _____
            District _____ When _____
                                                                       MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

        **Why does the property need immediate attention?** (Check all that apply.)

        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
           What is the hazard? _____

        ☐ It needs to be physically secured or protected from the weather.

        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

        ☐ Other _____

        **Where is the property?** _____
                                Number    Street

        _____
        _____
        City                                State ZIP Code

        **Is the property insured?**
        ☐ No
        ☐ Yes. Insurance agency _____
                Contact name _____
                Phone _____

**Statistical and administrative information**

Debtor  YOGAWORKS, INC.
_____
Name

Case number (if known) _____

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ☒ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 14 / 2020
              MM / DD / YYYY

X _____        Brian Cooper
Signature of authorized representative of debtor        Printed name

Title  Chief Executive Officer

| | | |
|---|---|---|
| Debtor | YOGAWORKS, INC.<br>Name | Case number (if known)_____ |

**18. Signature of attorney**

✗    _/s/ Thomas J. Francella, Jr._      Date   10   14   2020
        Signature of attorney for debtor                      MM / DD / YYYY

Thomas J. Francella, Jr.
Printed name
Cozen O'Connor
Firm name
1201    North Market Street, Suite 1001
Number     Street
Wilmington                     DE       19801
City                                         State     ZIP Code

302-295-2000                  TFrancella@cozen.com
Contact phone                            Email address

3835                                         DE
Bar number                               State

SCHEDULE 1
Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively the "Debtors"), filed a voluntary petition for relief under chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors are moving for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of YogaWorks, Inc., a Delaware corporation.

1. YogaWorks, Inc., a Delaware C-Corporation
2. Yoga Works, Inc., a California C-Corporation

## RESOLUTIONS
## OF THE STEERING COMMITTEE
## OF THE BOARD OF DIRECTORS
## OF YOGAWORKS, INC.

October 14, 2020

**WHEREAS**, by resolutions dated October 5, 2020 the Board of Directors (the "Board") for YogaWorks, Inc. ("YogaWorks," or, the "Company") authorized the formation of a committee (the "Steering Committee") to, among other things, (a) prepare, authorize, and direct a process to be commenced by the Company under Title 11 of the U.S. Code (the "Bankruptcy Code"), the Canadian Bankruptcy and Insolvency Act, or any similar or alternative insolvency-related options or regimes (a "Bankruptcy Proceeding"), and (b) authorize and direct the Company's retention of professionals, (c) select and authorize the Company to negotiate, finalize, consummate, and otherwise proceed with transactions to be consummated through a Bankruptcy Proceeding, and (d) approve and authorize decisions impacting the employment or retention of the Company's employees, agents, contractors, and representatives;

**WHEREAS**, after due consideration taking into account the information available to it at this time, and after consultation with the Company's management and legal, financial, and other advisors, and in the exercise of its reasonable business judgment, the Steering Committee has determined that it is in the best interests of the Company, its stakeholders, and its creditors to commence a Bankruptcy Proceeding or Proceedings on behalf of the Company and undertake the other actions approved by these Resolutions; and

**WHEREAS**, after due consideration taking into account the information available to it at this time and after consultation with the Company's management and legal, financial, and other advisors, and in the exercise of its business judgment, the Steering Committee has determined that it is in the best interests of the Company to consent to and approve the commencement of a Bankruptcy Proceeding by its wholly owned domestic subsidiary, Yoga Works, Inc. a California corporation ("Yoga Works - California"), and, to the extent necessary, to consent to and approve the filing of petitions for relief under chapter 11 of the Bankruptcy Code by the wholly owned subsidiary of Yoga Works – California; and

**WHEREAS**, after due consideration taking into account the information available to it at this time and after consultation with the Company's management and legal, financial, and other advisors, and in the exercise of its business judgment, the Steering Committee has determined that it would be desirable and in the Company's best interests for the Company to sell, in one or several transactions, any or all of the assets of the Company, including, without limitation, the Company's brand, and inventory, through and as part of the Bankruptcy Proceeding (collectively, the "Potential Sale Transactions").

**Chapter 11 Filing**

**NOW, THEREFORE, BE IT RESOLVED**, that the Steering Committee has declared, and it hereby does declare, that it is in the best interests of the Company and its stakeholders that the Company seek relief under the Bankruptcy Code.

1

**FURTHER RESOLVED**, that the Company shall be, and hereby is, authorized to file a voluntary petition (the "<u>Petition</u>") for relief under chapter 11 of the Bankruptcy Code (the "<u>Chapter 11 Case</u>"), in the Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effectuate the purpose and intent of the foregoing.

**Debtor in Possession Financing Facility**

**NOW, THEREFORE, BE IT RESOLVED**, that the Company, subject to approval of the Bankruptcy Court, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and it hereby is, authorized to: (a) enter into a new debtor in possession financing facility (the "<u>DIP Facility</u>") and any associated documents and consummate, and perform under, the transactions contemplated therein (collectively, the "<u>Financing Transactions</u>") with Serene Investment Management, LLC or any of its affiliates or related funds, on such terms substantially consistent with those presented to the Steering Committee on or prior to the date hereof and as may be further approved, modified or amended by the Steering Committee, as may be reasonably necessary or desirable for the continuing conduct of the affairs of the Company; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Company's assets, in such case, as may be deemed necessary or desirable by the Steering Committee in connection with the Financing Transactions;

**Subsidiary Resolutions**

**NOW, THEREFORE, BE IT RESOLVED**, that the Company hereby authorizes and consents to, and approves of, each of Yoga Works - California (a) filing a petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court, (b) entering into, and filing, the Financing Documents, and related documents, and consummating, and performing under, the transactions contemplated therein, and (c) entering into, and consummating, the sale of any or all of the assets of Yoga Works - California and as part of the Chapter 11 Case.

**Retention of Professionals and Claims and Noticing Agent**

**NOW, THEREFORE, BE IT RESOLVED**, that the engagement by the Company, on behalf of itself and of Yoga Works - California of (a) Shulman Bastian Friedman & Bui LLP, as restructuring counsel, (b) Cozen O'Connor, as Delaware restructuring counsel, (c) Force Ten Partners, LLC, as financial advisors, and (d) BMC Group, Inc., as claims, noticing, and solicitation agent, and administrative advisor, in each case, is hereby ratified, adopted and approved in all respects.

**FURTHER RESOLVED**, that Shulman Bastian Friedman & Bui LLP, and any additional co-counsel or special or local counsel selected by the Company, shall be, and hereby are, authorized, empowered and directed to represent the Company, as debtor and debtor in possession, in connection with any Chapter 11 case commenced by or against it under the Bankruptcy Code.

**Additional Resolutions**

**NOW, THEREFORE, BE IT RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Company or any professionals engaged by the Company in connection

with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

**FURTHER RESOLVED**, that any and all actions and transactions by the Steering Committee or any officer for and on behalf and in the name of the Company with respect to any transactions contemplated by the foregoing resolutions before the adoption of the foregoing resolutions be, and they hereby are, ratified, authorized, approved, adopted and consented to in all respects for all purposes.

**FURTHER RESOLVED**, that the corporate secretary of the Company is authorized and directed to certify and/or attest these resolutions, certificate of incumbency and such other documents or instruments that the corporate secretary of the Company may deem necessary or appropriate in connection with the foregoing matters; provided, however, that such certification and/or attestation shall not be required for any document, instrument or agreement to be valid and binding on the Company.

**FURTHER RESOLVED**, that officers of the Company shall upon action by the Steering Committee be authorized, directed and empowered, by the Steering Committee to in the name and on behalf of the Company, as debtor and debtor in possession, to negotiate, execute, deliver, and perform, or cause to be negotiated, executed, delivered, and performed, on behalf of, and take such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices and any and all other documents as any proper officer of the Company may deem necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution, as may be deemed necessary, desirable or appropriate.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Steering Committee of the Board of Directors, have executed these Resolutions as of the date first written above. These Resolutions of the Steering Committee of the Board of Directors of YogaWorks, Inc. may be signed in two or more counterparts, which may be delivered by facsimile or by email or other internet transmission of .pdf, .jpg, .tiff, or other image files or other signature mechanism, each of which together shall be deemed an original, and all of which shall be deemed one instrument notwithstanding that all members of the Steering Committee have not signed the same counterpart.

**STEERING COMMITTEE OF BOARD OF DIRECTORS:**

| DocuSigned by: *Lance Miller* | DocuSigned by: *Peter Elkin* |
|---|---|
| **LANCE MILLER** | **PETER ELKIN** |

**Fill in this information to identify the case:**

Debtor name __YOGAWORKS, INC., a Delaware C-Corp__

United States Bankruptcy Court for the: _____ District of Delaware___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | DANIELA CAESAR-RODEN, individually and on behalf of others similarly situated<br>C/O GUNDZIK GUNDZIK HEEGER LLP<br>14011 VENTURA BLVD , SUITE 206E<br>SHERMAN OAKS, CA 91423 | AARON C GUNDZIK<br>(818) 290-7461<br>REBECCA G GUNDZIK | Judgment | | | | $ 1,000,000.00 |
| 2 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | Taxes | | | | $ 539,534.59 |
| 3 | LATHAM & WATKINS LLP<br>PO BOX 7247-8181<br>PHILADELPHIA, PA 19170-8181 | STEVEN STOKDYK<br>(213) 891-7421<br>steven.stokdyk@lw.com | Legal | | | | $ 289,504.69 |
| 4 | RUNWAY OWNER, LLC<br>C/O LPC WEST, LLC<br>12775 MILLENNIUM DR , #165<br>PLAYA VISTA, CA 90094 | RYAN HURSH,<br>310.862.9461<br>CYu@lpc.com<br><br>NADIA GHNEIM<br>Ngheim@djmcapital.com | Lease | | | | $ 239,196.00 |
| 5 | PES PARTNERS, LLC<br>C/O FEDERAL REALTY INVESTMENT TRUST<br>ATTENTION: LEGAL DEPARTMENT<br>909 ROSE AVENUE, SUITE 200<br>NORTH BETHESDA, MD 20852 | LORA VRASTIL<br>(310) 647-3431<br>lvrastil@comstock-omes.com<br><br>JEFF KRESHEK<br>Jkreshek@federalrealty.com | Lease | | | | $ 201,930.00 |
| 6 | MARIN COUNTY MART, LLC.<br>C/O J S ROSENFIELD & CO.<br>921 MONTANA AVENUE<br>SANTA MONICA, CA 90403 | JAMES ROSENFIELD<br>310.458.6682<br>Jrosenfield@jsrosenfield.com<br><br>JOSH ROSENFIELD<br>(310) 458-6682<br>josh@jrosenfield.com | Lease | | | | $ 188,292.00 |
| 7 | JACKSON LEWIS P C<br>PO BOX 416019<br>BOSTON, MA 02241-6019 | MIA FARBER<br>Mia.Farber@jacksonlewis.com | Legal | | | | $ 187,027.89 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 1

Debtor:   YOGAWORKS, INC., a Delaware C-Corp
          Name

Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 8 | 210 MUNI LLC<br>CASEY MARTINEZ<br>UNITED AMERICAN LAND LLC<br>430 WEST BROADWAY<br>NEW YORK, NY 10012 | ALBERT LABOZ<br>212-431-7500<br>Albert@ualny.com;albert@unitedaland.com<br><br>CASEY MARTINEZ<br>(212) 431-7500<br>casey@unitedaland.com | Lease | | | | $ 180,000.00 |
| 9 | AMERICAN COMMERCIAL EQUITIES, LLC<br>23805 STUART RANCH RD<br>SUITE 220<br>MALIBU, CA 90265 | STEPHANIE PHONGSA HO<br>(310) 774-5428<br>sphongsaho@acemalibu.com | Lease | | | | $ 178,128.00 |
| 10 | AEI NAPERPLACE, LLC, & BEN A & LAURIE R TRAINER TTEES OF BEN ADAM TRAINER & LAURIE RUTH TRAINER REV TST DATED MAY 8, 2007, AS TENANTS IN COMMON<br>11100 SANTA MONICA BLVD, SUITE 260<br>LOS ANGELES, CA 90025 | CURT CHRISTENSEN<br>(720) 232-6088<br>Cchristensen@abingtonemerson.com | Lease | | | | $ 171,108.00 |
| 11 | FREDERICK H LEEDS INTERVIVOS TST & OVED FAMILY TST<br>1900 S SEPULVEDA BLVD<br>STE 212<br>LOS ANGELES, CA 90025 | JORDAN WHEELER<br>(310) 405-7606<br>jwheeler@fredleedsproperties.com | Lease | | | | $ 160,956.00 |
| 12 | WEST VALLEY OWNER LLC<br>ATT: LEGAL DEPT.<br>2049 CENTURY PARK EAST, 41ST FLR<br>LOS ANGELES, CA 90067 | LORI BERNHARD, ALASTAIR BOUCAUT<br>(310) 689-2639<br>Lori.bernhardt@urw.com,<br>alastair.boucat@urw.com<br>MOLLY UNGER, REPRESENTATIVE<br>818.227.5500 | Lease | | | | $ 157,374.00 |
| 13 | AKF3 VALENCIA, LLC<br>21500 BISCAYNE BLVD, STE 700<br>AVENTURA, FL 33180 | BRUCE KASSMAN<br>(305) 392-4117;<br>bkassman@adler-partners.com | Lease | | | | $ 151,830.00 |
| 14 | VILLAGE WALK TARZANA A2, LLC<br>C/O PACIFIC EQUITY PROPERTIES, INC.<br>1317 5TH ST., STE 200<br>SANTA MONICA, CA 90401 | KEVIN MCDONALD<br>(949) 491-1178;<br>wrestle45@aol.com<br><br>MAURICIO LETONA<br>(951) 783-1810<br>Mletona@pinetree.com | Lease | | | | $ 150,588.00 |
| 15 | AMERICAN EXPRESS<br>PO BOX 36001<br>FT LAUDERDALE, FL 33336 | NORMA YANEZ<br>norma.g.yanez@aexp.com | Credit Card | | | | $ 149,779.50 |
| 16 | 230 NEWPORT CENTER DRIVE LLC<br>1100 NEWPORT CENTER DRIVE #200<br>NEWPORT BEACH, CA 92660 | JENNIFER RIVERA<br>(949) 760-9150;<br>Jrivera@burnhamusa.com<br><br>ERNIE PARK<br>(562) 698-9771<br>Ernie.Park@Bewleylaw.com | Lease | | | | $ 145,080.00 |

Debtor:  YOGAWORKS, INC., a Delaware C-Corp        Case number (if known) _____
         Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 17 | CIM/ 11620 WILSHIRE (LOS ANGELES), L P<br>C/O CIM COMMERCIAL TRUST CORPORATION<br>ATT: LEGAL DEP'T<br>17950 PRESTON ROAD, SUITE 600<br>DALLAS, TX 75252 | EVA CHANG<br>(310) 479-0211<br>echang@cimgroup.com | Lease | | | | $ 142,236.00 |
| 18 | 3460 W 7TH STREET (CA) LLC<br>MWEST HOLDINGS<br>13949 VENTURA BLVD, STE 350<br>SHERMAN OAKS, CA 91423 | VLADY SHEYNIN<br>(818) 659-7036<br>vsheynin@mwestholdings.com<br><br>ANN PAEK – CIM<br>apaek@cimgroup.com | Lease | | | | $ 139,734.00 |
| 19 | THE ULTIMATE SOFTWARE GROUP, INC.<br>PO BOX 930953<br>ATLANTA, GA 31193-0953 | BRETT MARKS<br>(954) 712-6092<br>brett.marks@akerman.com | Vendor | | | | $ 136,648.03 |
| 20 | MIDTOWN CENTRAL SQUARE, L L C<br>2100 TRAVIS STREET, #250<br>HOUSTON, TX 77002 | JULIET GARCIA<br>(713) 655-0036<br>juliet@cpc-tx.com | Lease | | | | $ 116,340.00 |
| 21 | BARJEN REALTY TRUST, U/D/T OF SEPTEMBER 1, 1981<br>301 WELLESLEY ST.<br>WESTON, MA 02493 | ARNOLD ZENKER, TRUSTEE<br>(781) 891-0313<br>azenker@aol.com | Lease | | | | $ 116,016.00 |
| 22 | TR COSTA MESA COURTYARDS LLC<br>VESTAR PROPERTY MANAGEMENT<br>2437 PARK AVENUE<br>ATTN: PROPERTY MANAGER - COSTA MESA COURTYARDS<br>TUSTIN, CA 92782 | ARIAN MAHER<br>(714) 259-9015<br><br>VERONICA SALGADO-RICO<br>(714) 259-9015<br>vsalgado-rico@vestar.com | Lease | | | | $ 115,332.00 |
| 23 | UPLANDER WAY, LLC<br>5774 UPLANDER WAY<br>CULVER CITY, CA 90230-6606 | JEFF HAAS<br>(310) 641-4700<br>Jeff@haasentertainment.com | Lease | | | | $ 111,120.00 |
| 24 | TALTAR-WESTWOOD<br>2770 LEONIS BLVD STE 119<br>VERNON, CA 90058 | ATT: RAMIN YOUABIAN<br>(323) 425-9938<br>ramin@easymgm.com | Lease | | | | $ 110,538.00 |
| 25 | THE NINE FORTY FIVE MARKET CORP<br>PO BOX 2797<br>SAUSALITO, CA 94966 | DAVID T GIANNINI<br>(415) 331-5600<br>dtgiannini@gianninilaw.com<br><br>MATT GIANNINI<br>(415) 331-5600<br>matt@945mkt.com | Lease | | | | $ 106,920.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 3

Debtor: YOGAWORKS, INC., a Delaware C-Corp  
        Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 | 474 BROADWAY REALTY CORP<br>451 BROADWAY<br>NEW YORK, NY 10013 | NORMAN KRAMER<br>(212) 226-4530<br>nkramer16@gmail.com;<br><br>MOSHE KRAMER<br>(212) 226-4530<br>kramermanagement1@gmail.com | Lease | | | | $ 103,956.00 |
| 27 | ALISO CREEK SHOPPING CENTER INC.<br>SHELTER BAY RETAIL GROUP<br>655 REDWOOD HIGHWAY, SUITE 177<br>MILL VALLEY, CA 94941 | TANYA KESHISHIAN<br>(818) 524-2255<br>tkeshishian@shelterbay.com<br><br>MAYRA RAMIREZ<br>(818) 542-2255<br>mramirez@mobilitie.com | Lease | | | | $ 102,504.00 |
| 28 | TOMPKINS FAMILY LIMITED PARTNERSHIP<br>C/O TOMPKINS TRUST<br>PO BOX 885<br>KENTFIELD, CA 94904-0884 | LES NATALI<br>(415) 774-6052<br>natali7@comcast.net | Lease | | | | $ 97,392.00 |
| 29 | 440-444 KIPLING ALHOUSE DEATON ELIZABETH BROPHY KULEMIN TRUST BROPHY KULEMIN TRUST ONE, GERTRUDE HALEY TRUST<br>2600 EL CAMINO, SUITE 200<br>PALO ALTO, CA 94306 | JEFF DEATON<br>(650) 857-0117<br>jdeaton@alhousedeaton.com | Lease | | | | $ 94,662.00 |
| 30 | KATINAS PROPERTIES<br>1609 17TH STREET, NW<br>WASHINGTON, DC 20009 | PAUL KATINAS<br>(202) 487-5882<br>pkatinas@aol.com<br><br>DIANE BURNES<br>(202) 487-5882<br>dkburnes49@gmail.com | Lease | | | | $ 93,465.00 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> YOGAWORKS, INC., a Delaware C-Corporation, <br><br> Debtor. | Chapter 11 <br><br> Case No. _____ |

## CORPORATE OWNERSHIP STATEMENT
## [FRBP 1007(a)(l) and 7007.1]

Pursuant to Rules 1007(a)(l) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interest, or states that there are no entities to report under FRBP 7007.1:

| Name and Address | Approximate Percentage of Ownership Held |
|---|---|
| Great Hills Partners | 70% |
| | |
| | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

YOGAWORKS, INC., a Delaware C-corporation,

Debtor.

Chapter 11

Case No. _____

### LIST OF EQUITY SECURITY HOLDERS

| Member Name and Address | Approximate Percentage of Ownership |
|---|---|
| SEE ATTACHED | |
| | |

# LIST OF SHAREHOLDERS
### *PHILADELPHIA STOCK TRANSFER*
Effective: 9/15/20

| Issue: YOGAWORKS INC | | Ticker: YOGA | Cusip: 986005106 |
|---|---|---|---|
| Account/TIN | Name & Address | | Shares Held |
| D0000000019<br>13-2555119 | CEDE & CO<br>PO BOX 20<br>BOWLING GREEN STATION<br>NEW YORK NY 10004 | | 5,023,852<br>29.286 % |
| 1120-4<br>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 | VANCE CHANG<br>3200 PATRICIA AVE<br>LOS ANGELES CA 90064 | | 7,597<br>0.044 % |
| C0000000116 | CONTROL ACCOUNT<br>RESTRICTED NOMINEE FOR BOOK<br>BALANCE ACOUNT FOR YOGAWORKS INC<br>2320 HAVERFORD RD<br>SUITE 230<br>ARDMORE PA 19003 | | 622<br>0.004 % |
| 1<br>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 | JAY DECOONS<br>24367 NE 26TH CT<br>SAMMAMISH WA 98074-3339 | | 1,499<br>0.009 % |
| C0000000035<br>46-4250371 | GREAT HILL EQUITY PARTNERS V LP<br>C/O MICHAEL A KUMIN<br>ONE LIBERTY SQUARE<br>BOSTON MA 02109 | | 11,714,721<br>68.290 % |
| C0000000027<br>04-3463165 | GREAT HILL INVESTORS LLC<br>C/O MICHAEL A KUMIN<br>ONE LIBERTY SQUARE<br>BOSTON MA 02109 | | 38,699<br>0.226 % |
| C0000000060<br>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 | ROSANNA MCCOLLOUGH<br>10763 LINDBROOK DR<br>LOS ANGELES CA 90024 | | 65,365<br>0.381 % |
| 1120-5<br>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 | SKY MELTZER<br>12625 WESTMINSTER AVE<br>LOS ANGELES CA 90066 | | 44,397<br>0.259 % |
| N0000000221 | NOMINEE ACCOUNT\C<br><CR3 CLASS><br>PHILADELPHIA STOCK TRANSFER<br>2320 HAVERFORD RD<br>SUITE 230<br>ARDMORE PA 19003 | | 3<br>0.000 % |

# LIST OF SHAREHOLDERS
*PHILADELPHIA STOCK TRANSFER*
Effective: 9/15/20

| Issue: YOGAWORKS INC | | Ticker: YOGA | Cusip: 986005106 |
|---|---|---|---|
| Account/TIN | Name & Address | | Shares Held |
| C0000000124 | PHILADELPHIA STOCK TRANSFER AS AGENT FOR<br>SOP PLAN RECONCILIATION BALANCE<br>2320 HAVERFORD RD<br>SUITE 230<br>ARDMORE PA 19003 | | 1,352<br>0.008 % |
| 2<br>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 | PHIL SWAIN<br>23901 BERDON ST<br>WOODLAND HLS CA 91367 | | 718<br>0.004 % |
| T0000000019 | TREASURY -M-<br>C/O PHILADELPHIA STOCK TRANSFER<br>2320 HAVERFORD RD<br>SUITE 230<br>ARDMORE PA 19003 | | 254,987<br>1.486 % |
| 3<br>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 | FRANNIE WONG<br>3255 MILITARY AVE<br>LOS ANGELES CA 90034 | | 659<br>0.004 % |

13  Holders Qualified         Outstanding Shares:     17,154,471

**Fill in this information to identify the case and this filing:**

Debtor Name  YOGAWORKS, INC., a Delaware C-Corporation

United States Bankruptcy Court for the: _____  District of  DE
(State)

Case number (if known): _____

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration  Corporate Ownership Statement; List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/14/2020
MM / DD / YYYY


Signature of individual signing on behalf of debtor

Brian Cooper
Printed name

Chief Executive Officer
Position or relationship to debtor