# EXHIBIT 1

| Region | Studio Name | Studio Address | Landlord | Landlord Address |
|---|---|---|---|---|
| Atlanta | Brookhaven | 2700 Apple Valley Road, Suite 65-A<br>Brookhaven, GA  30319 | SRPF A/2700 Apple Valley, L.L.C. | SRPF A/2700 Apple Valley, L.L.C.<br>c/o Stream Realty<br>1180 West Peachtree St. Suite 500<br>Attn: Mr. Ben Hautt<br>Atlanta, GA  30309 |
| Atlanta | Old Fourth Ward | 655 Highland Ave. N.E.<br>Atlanta, GA  30312 | The Old Highland Bakery, LLC | The Old Highland Bakery, LLC<br>206 Hurt St., N.E.<br>Atlanta, GA  30307 |
| Baltimore | Columbia | 8325 Guilford Road<br>Columbia, MD  21046 | Oekos Rivers Guilford, LLC | Oekos Rivers Guilford, LLC<br>c/o Oekos Management Corporation<br>5565 Sterrett Place, Suite 404<br>Attn: Christos Economides<br>Columbia, MD  21044 |
| Baltimore | Columbia -Annex | 8335 Guilford Road<br>Columbia, MD  21046 | Oekos Rivers Guilford, LLC | Oekos Rivers Guilford, LLC<br>c/o Oekos Management Corporation<br>5565 Sterrett Place, Suite 404<br>Attn: Christos Economides<br>Columbia, MD  21044 |
| Baltimore | Fells Point | 901 Fell Street, 3rd Floor<br>Baltimore, MD | STONE/901 FELL STREET, LLC | STONE/901 FELL STREET, LLC<br>Sushi Hana, Inc.<br>c/o Quest Property Management, LLC<br>P.O. Box 50252<br>Baltimore, MD  21211-9998 |
| Baltimore | Midtown | 107 East Preston St.<br>Baltimore, MD  21202 | 107 E. Preston, LLC | 107 E. Preston, LLC<br>c/o Chris Blades<br>1200 Steuart Street, Unit 1711<br>Baltimore, MD  21230 |
| Baltimore | Pikesville | 1777 Reisterstown Road<br>Baltimore, MD  21208 | The Commerce Centre Venture, LLP | The Commerce Centre Venture, LLP<br>c/o MacKenzie Management Company, LLC<br>2328 West Joppa Road, Suite 200<br>Lutherville, MD  21093 |
| Baltimore | Severna Park | 160 Governor Ritchie Highway, Units A-10, A-11<br>Severna Park, MD | Severna Park Plaza, LLC | Severna Park Plaza, LLC<br>c/o Site Realty Group<br>2141 Industrial Parkway, Suite 200<br>Silver Spring, MD  20904 |
| Baltimore | Towson | 7 Allegheny Ave.<br>Towson, MD  21204 | Albar Realty, LLC | Albar Realty, LLC<br>7 Allegheny Ave.<br>Towson, MD  21204 |
| Boston | Back Bay | 346-368 Boylston Street<br>Boston, MA  2116 | Barjen Realty Trust, u/d/t of September 1, 1981 | Barjen Realty Trust, u/d/t of September 1, 1981<br>Arnold Zenker, Trustee<br>301 Wellesley St.<br>Weston, MA  2493 |
| Boston | Woburn | Cambridge St.<br>Woburn, MA | Horn Pond Plaza LLC | Horn Pond Plaza LLC<br>c/o Gravestar, Inc.<br>160 Second Street<br>Cambridge, MA  02142 |
| Boston | Sudbury | 29 Hudson Road, Unit 310<br>Sudbury, MA | 29 Hudson Road LLC | 29 Hudson Road LLC<br>c/o Stetson Management & Development Co.<br>875 Main Street, Floor 2<br>Cambridge, MA  02139 |

| Region | Studio Name | Studio Address | Landlord | Landlord Address |
|---|---|---|---|---|
| DC | DuPont | 1632-34 17th Street, NY<br>Washington, DC | Katinas Properties | Katinas Properties<br>c/o Paul Katinas<br>1609 17th Street, NW<br>Washington, DC  20009 |
| DC Metro | Arlington | 3528 N. Wilson Blvd.<br>Arlington, VA | The Fazio Irrevocable Trust and Allen Jahromi | The Fazio Irrevocable Trust and Allen Jahromi<br>12425 Pretoria Drive<br>Attn: Salvatore Marsanpoli<br>Silver Spring, MD  20904-1844 |
| DC Metro | Fairafx | 3950 University Dr.<br>Fairfax, VA  22030 | CH Realty III/Old Town Village, L.L.C. | CH Realty III/Old Town Village, L.L.C.<br>c/o Kimco Realty Corporation<br>170 West Ridgely Road, Suite 210<br>Lutherville, MD  21093 |
| DC Metro | Bethesda | 7832 Wisconsin Avenue<br>Bethesda, MD  20814 | Wisconsin Avenue Limited Partnership | Wisconsin Avenue Limited Partnership<br>c/o Landow & Company<br>4710 Bethesda Avenue, Suite 200<br>Attn: David M. Landow<br>Bethesda, MD  20814 |
| LA | Brentwood | 11620 Wilshire Boulevard #101<br>Los Angeles, CA  90025 | CIM/ 11620 WILSHIRE (LOS ANGELES) , L.P. | CIM/ 11620 WILSHIRE (LOS ANGELES) , L.P.<br>c/o CIM Commercial Trust Corporation<br>Att: Legal Dep't<br>17950 Preston Road, Suite 600<br>Dallas, TX  75252 |
| LA | Center For Yoga | 230 1/2 N. Larchmont Blvd.<br>Los Angeles, CA  90004 | Frederick H. Leeds Intervivos Trust and Oved Family Trust | Frederick H. Leeds Intervivos Trust and Oved Family Trust<br>1900 S. Sepulveda Blvd.<br>Ste 212<br>Los Angeles, CA  90025 |
| LA | Corporate | 5770 - 5774 Uplander Way<br>Culver City, CA  90230 | Uplander Way, LLC | Uplander Way, LLC<br>5774 Uplander Way<br>Culver City, CA  90230-6606 |
| LA | Koreatown | 3462 West 7th Street<br>Los Angeles, CA  90005 | 3460 W. 7th Street (CA) LLC | 3460 W. 7th Street (CA) LLC<br>c/o Mwest Holdings<br>13949 Ventura Blvd., Ste 350<br>Sherman Oaks, CA  91423 |
| LA | Los Feliz | 5531 Hollywood Blvd.<br>Hollywood, CA  90028 | Gershwin Apartments, LP | Gershwin Apartments, LP<br>6922 Hollywood Blvd., 9th Flr.<br>Los Angeles, CA  90028 |
| LA | Montana | 1426 Montana Ave., Suites 9 - 12<br>Santa Monica, CA  90403 | American Commercial Equities, LLC | American Commercial Equities, LLC<br>23805 Stuart Ranch Rd.<br>Suite 220<br>Malibu, CA  90265 |
| LA | Pasadena | 285 W. Green St.<br>Pasadena, CA  91105 | 277 West Green Street (Pasadena) Fee Owner, LLC | 277 West Green Street (Pasadena) Fee Owner, LLC<br>6922 Hollywood Blvd., 9th Flr.<br>Los Angeles, CA  90028 |
| LA | Playa Vista | 12746 W Jefferson Blvd<br>Suite 3170<br>Los Angeles, CA  90094 | Runway Owner, LLC<br>c/o LPC West, LLC | Runway Owner, LLC<br>c/o LPC West, LLC<br>12775 Millennium Dr., #165<br>Playa Vista, CA  90094 |

| Region | Studio Name | Studio Address | Landlord | Landlord Address |
|---|---|---|---|---|
| LA | South Bay | 740 Allied Way Plaza El Segundo Store B.1-00 El Segundo, CA  90245 | PES Partners, LLC | PES Partners, LLC c/o FEDERAL REALTY INVESTMENT TRUST Attention: Legal Department 909 Rose Avenue, Suite 200 North Bethesda, MD  20852 |
| LA | Tarzana | 18700 Ventura Blvd, Suite 210 Tarzana, CA  91356 | Village Walk Tarzana A2, LLC | Village Walk Tarzana A2, LLC c/o Pacific Equity Properties, Inc. 1317 5th St., Ste. 200 Santa Monica, CA  90401 |
| LA | TT Training Center | 2301 A/B Main Street Santa Monica, CA  90405 | American Commercial Equities, LLC | American Commercial Equities, LLC 22917 Pacific Coast Highway, Suite 310 Malibu, CA  90265 |
| LA | Valencia | 24305 Town Center Drive Suite 110-B, 120 &170 Valencia, CA  91355 | AKF3 Valencia, LLC | AKF3 Valencia, LLC Att: Matthew Adler 21500 Biscayne Blvd., Ste 700 Aventura, FL  33180 |
| LA | West Hollywood | 7900 Santa Monica Blvd. West Hollywood, CA  90046 | Fairfax Building Partnership | Fairfax Building Partnership 1723 Cloverfield Blvd. Santa Monica, CA  90404 |
| LA | Westlake Village | 2475 Townsgate Rd. Westlake Village, CA  91361 | AEI Naperplace, LLC, and Ben Adam Trainer and Laurie Ruth Trainer, Trustees of the Ben Adam Trainer and Laurie Ruth Trainer Revocable Trust Dated May 8, 2007, as Tenants in Common | AEI Naperplace, LLC, and Ben Adam Trainer and Laurie Ruth Trainer, Trustees of the Ben Adam Trainer and Laurie Ruth Trainer Revocable Trust Dated May 8, 2007, as Tenants in Common AEI Property Management 11100 Santa Monica Blvd., Suite 260 Los Angeles, CA  90025 |
| LA | Westwood | 1256 Westwood Blvd. Los Angeles, CA  90024 | Taltar-Westwood, Inc. | Taltar-Westwood, Inc. Att: Ramin Youabian 2770 LEONIS BLVD STE 119 Vernon, CA  90058 |
| LA | Woodland Hills | The Village at Westfield Topanga, Space 2270 Woodland Hills, CA  91367 | West Valley Owner LLC | West Valley Owner LLC Att: Legal Dept. 2049 Century Park East 41st Flr Los Angeles, CA  90067 |
| NorCal | Larkspur | 2421 Larkspur Landing Circle (mismatch? New address?) , | Marin County Mart, LLC. | Marin County Mart, LLC. c/o J.S. Rosenfield & Co. 921 Montana Avenue Santa Monica , CA  90403 |
| NorCal | Mill Valley | 650 E Blithedale Ave. Suites - 202, 203, 204 & 104 Mill Valley, CA  94941 | The Nine Forty Five Market Corporation | The Nine Forty Five Market Corporation PO Box 2797 Sausalito, CA  94966 |

| Region | Studio Name | Studio Address | Landlord | Landlord Address |
|---|---|---|---|---|
| NorCal | Palo Alto | 440-444 Kipling St.<br>Palo Alto, CA  94301 | 440-444 Kipling Alhouse Deaton | 440-444 Kipling Alhouse Deaton Elizabeth Brophy Kulemin Trust, Brophy Kulemin Trust one, Gertrude Haley Trust<br>2600 El Camino, Suite 200<br>Palo Alto, CA  94306 |
| NorCal-YT | 6th Ave | 182 6th Avenue<br>San Francisco, CA  94118 | BCHJ Holdings, LLC | BCHJ Holdings, LLC<br>1543 Larkin St<br>San Francisco, CA  94109 |
| NorCal-YT | Castro | 97 Collingswood St<br>San Francisco, CA  94114 | Tompkins Family Limited Partneship | Tompkins Family Limited Partnership Tomkins Trust<br>PO Box 885<br>Kentfield, CA  94904-0884 |
| NorCal-YT | Hayes | 519 Hayes Street<br>San Francisco, CA  94102 | Dad One, LLC | Dad One, LLC<br>447 Ivy Street<br>San Francisco, CA  94102 |
| NorCal-YT | Potrero Hill | 1500 Sixteenth Street<br>San Francisco, CA  94103 | Talmadge & Talmadge dba World Gym San Fancisco | Talmadge & Talmadge dba World Gym San Fancisco<br>c/o World Gym<br>290 de Haro Street<br>San Francisco, CA  94103 |
| NorCal-YT | DeHaro | 175 De Haro Street<br>San Francisco, CA  94103 | Talmadge & Talmadge, Inc. | Talmadge & Talmadge, Inc.<br>c/o World Gym<br>290 de Haro Street<br>San Francisco, CA  94103 |
| NorCal-YT | Stanyan | 780 Stanyan Street<br>San Francisco, CA  94117 | Alan Tan | Alan Tan<br>PO Box 2745<br>Fremont, CA  94536-0745 |
| NorCal-YT | Valencia | 1234 Valencia Street<br>San Francisco, CA  94110 | 1234 Valencia Street LLC | 1234 Valencia Street LLC<br>c/o Birch Street Properties LLC<br>4061 East Castro Valley Blvd<br>Suite 502<br>Castro Valley, CA  94552 |
| NY | Broadway & Grand | 474 Broadway, 3rd fl<br>New York, NY  10013 | 474 Broadway Realty Corp. Norman Kramer | 474 Broadway Realty Corp. Norman Kramer<br>451 Broadway<br>New York, NY  10013 |
| NY | Brooklyn | 53 Court Street<br>210 Joralemon St., Retail B1<br>Brooklyn, NY  11201 | 210 Muni, LLC Casey Martinez United American Land LLC | 210 Muni, LLC Casey Martinez United American Land LLC<br>430 West Broadway<br>New York, NY  10012 |
| NY | Westchester | 50 S Buckhout Street<br>Irvington, NY  10533 | Bridge Street Properties | Bridge Street Properties<br>c/o Cushman Wakefield<br>50 So. Buckhout St., Ste 400<br>Irvington, NY  10533 |
| OC | Costa Mesa | Suite A-208<br>Costa Mesa, CA | TR Costa Mesa Courtyards LLC | TR Costa Mesa Courtyards LLC<br>Vestar Property Management<br>2437 Park Avenue<br>Attn: Property Manager - Costa Mesa Courtyards<br>Tustin, CA  92782 |
| OC | Laguna Beach | 30818 and 30820 Pacific Coast Highway<br>Laguna Beach , CA  92651 | Aliso Creek Shopping Center | Aliso Creek Shopping Center Shelter Bay Retail Group<br>655 Redwood Highway, Suite 177<br>Mill Valley, CA  94941 |

| Region | Studio Name | Studio Address | Landlord | Landlord Address |
|---|---|---|---|---|
| OC | Mission Viejo | 27001 La Paz Road #106, 112 and 206<br>Mission Viejo, CA  92691 | SAS Cayman Holding I Garden Plaza, LLC | SAS Cayman Holding I Garden Plaza, LLC<br>27001 La Paz Road<br>Suite 342<br>Mission Viejo, CA  92691 |
| OC | Newport Beach | 230 Newport Center Drive #230 and #240<br>Newport Beach, CA  92660 | 230 Newport Drive LLC | 230 Newport Drive LLC<br>1100 Newport Center Drive, #200<br>Newport Beach, CA  92660 |
| TX | Heights | 548 West 19th Street and 544 West 19th<br>Houston, TX  77008 | Wind Water Gallery, Inc. | Wind Water Gallery, Inc.<br>3201-C Zarafano #575<br>Santa FE, NM  87507 |
| TX | Uptown | 5750 Woodway Drive<br>Houston, TX  77057 | DeGeorge Properties I LLC | DeGeorge Properties I LLC<br>5700 Woodway Drive, #200<br>Houston, TX  77057 |
| TX | Pearland | 2810 Business Center Drive, Suite 102<br>Pearland, TX | Amreit SPF Shadow Creek, LP | Amreit SPF Shadow Creek, LP<br>8 Greenway Plaza, Suite 1000<br>Houston, TX  77046 |
| TX | Woodlands | 9595 Six Pines Drive<br>The Woodlands, TX | IMI Market Street, LLC | IMI Market Street, LLC<br>Market Street Property Mgmt Office<br>9595 Six Pines Drive, Suite 6290<br>Attn: General Manager<br>The Woodlands, TX  77380 |
| TX | Bellaire | 5427 Bellaire Boulevard<br>Bellaire, TX | FKM Partnership, Ltd. | FKM Partnership, Ltd.<br>P.O. Box 1074<br>Bellaire, TX  77402 |
| TX | Midtown | 2100 Travis Street<br>Houston, TX  77002 | Midtown Central Square, L.L.C. | Midtown Central Square, L.L.C.<br>2100 Travis Street, #250<br>Houston, TX  77002 |