**YogaWorks Inc. and Yoga Works Inc.**
**Consolidated Monthly DIP Budget**

EXHIBIT B

| Week Ending | 1 Proj 16-Oct | 2 Proj 23-Oct | 3 Proj 30-Oct | 4 Proj 6-Nov | 5 Proj 13-Nov | 6 Proj 20-Nov | 7 Proj 27-Nov | 8 Proj 4-Dec | 9 Proj 11-Dec | 10 Proj 18-Dec | 11 Proj 25-Dec | 12 Proj 1-Jan | Proj Post-Conf. | Post-Pet Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | | | | | | | |
| Membership | 31,614 | 31,614 | 31,614 | 64,152 | 32,076 | 32,076 | 32,076 | 57,737 | 21,651 | 21,651 | 21,651 | 21,651 | - | 399,565 | 23.4% |
| Education | 26,175 | 26,175 | 26,175 | 51,638 | 25,819 | 25,819 | 25,819 | 53,548 | 20,081 | 20,081 | 20,081 | 20,081 | - | 341,491 | 20.0% |
| Digital | 61,772 | 61,772 | 61,772 | 155,875 | 77,937 | 77,937 | 77,937 | 155,535 | 58,326 | 58,326 | 58,326 | 58,326 | - | 963,842 | 56.5% |
| **Total Receipts** | 119,562 | 119,562 | 119,562 | 271,665 | 135,832 | 135,832 | 135,832 | 266,820 | 100,058 | 100,058 | 100,058 | 100,058 | - | 1,704,898 | 100.0% |
| **Disbursements** | | | | | | | | | | | | | | | |
| Education COGS | - | (51,734) | - | (49,075) | - | (49,075) | - | (28,465) | - | (28,465) | - | (28,465) | - | (235,278) | -13.8% |
| Education Labor | - | (19,028) | - | (17,872) | - | (17,872) | - | (11,915) | - | (11,915) | - | (11,915) | - | (90,518) | -5.3% |
| Other Education Expenses | (822) | (822) | (822) | (890) | (890) | (890) | (890) | (411) | (411) | (411) | (411) | (411) | - | (8,082) | -0.5% |
| Education Marketing | (553) | (553) | (553) | (557) | (557) | (557) | (557) | (422) | (422) | (422) | (422) | (422) | - | (5,997) | -0.4% |
| Digital COGS | - | (79,598) | - | (77,976) | - | (77,976) | - | (53,224) | - | (53,224) | - | (53,224) | - | (395,221) | -23.2% |
| Digital Labor | - | (7,029) | - | (8,435) | - | (8,435) | - | (5,623) | - | (5,623) | - | (5,623) | - | (40,767) | -2.4% |
| Other Digital Expenses | (4,566) | (4,566) | (4,566) | (4,566) | (4,566) | (4,566) | (4,566) | (3,653) | (3,653) | (3,653) | (3,653) | (3,653) | - | (50,224) | -2.9% |
| Digital Marketing | (3,801) | (3,801) | (3,801) | (12,522) | (12,522) | (12,522) | (12,522) | (6,403) | (6,403) | (6,403) | (6,403) | (6,403) | - | (93,511) | -5.5% |
| Corp Labor | - | (113,975) | - | (120,954) | - | (120,954) | - | (80,636) | - | (80,636) | - | (80,636) | - | (597,789) | -35.1% |
| Corp Rent | - | - | - | (18,000) | - | - | - | (18,000) | - | - | - | - | - | (36,000) | -2.1% |
| Other Corp Expenses | (8,750) | (8,750) | (8,750) | (8,750) | (8,750) | (8,750) | (8,750) | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) | - | (96,250) | -5.6% |
| CapEx | (6,250) | (6,250) | (6,250) | (6,250) | (6,250) | (6,250) | (6,250) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | - | (68,750) | -4.0% |
| Transition Expenses | (18,000) | (168,000) | (18,000) | (28,000) | (28,000) | (88,000) | (28,000) | (200) | (200) | (200) | (200) | (200) | - | (377,000) | -22.1% |
| Other / Contingency | (13,889) | (13,889) | (13,889) | (10,417) | (10,417) | (10,417) | (10,417) | (8,333) | (8,333) | (8,333) | (8,333) | (8,333) | - | (125,000) | -7.3% |
| **Total Operating Disbursements** | (56,632) | (477,995) | (56,632) | (364,263) | (71,952) | (406,263) | (71,952) | (229,285) | (31,422) | (211,285) | (31,422) | (211,285) | - | (2,220,388) | -130.2% |
| **Operating Cash Flows** | 62,930 | (358,433) | 62,930 | (92,598) | 63,880 | (270,431) | 63,880 | 37,536 | 68,635 | (111,227) | 68,635 | (111,227) | - | (515,489) | -30.2% |
| Debtor FA F10 | - | - | - | - | - | (100,000) | - | - | - | (100,000) | - | (165,000) | (365,000) | -21.4% | |
| F10 Transaction Fee | (54,478) | - | - | - | - | (65,373) | - | - | - | - | - | (62,649) | (182,500) | -10.7% | |
| Debtor's Counsel | - | - | - | - | - | (115,000) | - | - | - | (100,000) | - | (190,000) | (405,000) | -23.8% | |
| Debtor's Local Counsel | - | - | - | - | - | (25,000) | - | - | - | (32,000) | - | (63,000) | (120,000) | -7.0% | |
| Creditor's Committee Professionals | - | - | - | - | - | - | - | - | - | - | - | (250,000) | (250,000) | -14.7% | |
| Utility Deposits | (1,000) | - | - | - | - | - | - | - | - | - | - | - | (1,000) | -0.1% | |
| U.S. Trustee Fee | - | - | - | - | - | - | - | - | - | (29,272) | - | (22,376) | (51,649) | -3.0% | |
| Claims & Noticing Agent | - | - | - | - | - | (20,000) | - | - | - | (20,000) | - | (55,000) | (95,000) | -5.6% | |
| Independent Director Fees | - | - | - | (37,000) | - | - | - | (37,000) | - | - | - | (37,000) | (111,000) | -6.5% | |
| **Restructuring Disbursements** | (55,478) | - | - | (37,000) | - | (325,373) | - | (37,000) | - | (281,272) | - | (37,000) | (808,026) | (1,581,149) | -92.7% |
| **Plan Funding** | - | - | - | - | - | - | - | - | - | - | - | (65,000) | (1,165,000) | (1,230,000) | -72.1% |
| **Wind-down and Final Tax Returns** | - | - | - | - | - | - | - | - | - | - | - | - | (100,000) | (100,000) | -5.9% |
| **External Funding** | | | | | | | | | | | | | | | |
| DIP Loan Draws (Payments) | 1,000,000 | - | - | - | - | 1,200,000 | - | - | - | - | - | - | 1,150,000 | 3,350,000 | 196.5% |
| **Total External Funding** | 1,000,000 | - | - | - | - | 1,200,000 | - | - | - | - | - | - | 1,150,000 | 3,350,000 | 196.5% |
| **Net Cash Flows** | 1,007,453 | (358,433) | 62,930 | (129,598) | 63,880 | 604,196 | 63,880 | 536 | 68,635 | (111,227) | (212,637) | (213,227) | (923,026) | (76,638) | -4.5% |
| **Beginning Cash** | 93,049 | 1,100,502 | 742,068 | 804,999 | 675,400 | 739,281 | 1,343,477 | 1,407,357 | 1,407,893 | 1,476,528 | 1,365,301 | 1,152,664 | 939,437 | 93,049 | |
| **Ending Cash** | 1,100,502 | 742,068 | 804,999 | 675,400 | 739,281 | 1,343,477 | 1,407,357 | 1,407,893 | 1,476,528 | 1,365,301 | 1,152,664 | 939,437 | 16,411 | 16,411 | |