## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| YOGAWORKS, INC., *et al.* | Case No. 20-12599 - KBO |
| Debtors.[1] | (Jointly Administered) |
| | **RE: DI No. 13** |
| | Hearing Date: October 30, 2020 at 11:00 a.m. (ET) <br> Objection Deadline: October 23, 2020 at 4:00 p.m. (ET) |

### NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY *NUNC PRO TUNC* TO THE PETITION DATE; (B) ABANDON CERTAIN PERSONAL PROPERTY IN CONNECTION THEREWITH; AND (C) GRANTING RELATED RELIEF; AND (II) FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR THE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors") have filed the attached Motion for Entry of an Order (I) Authorizing Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Petition Date, (B) Abandon Certain Personal Property in Connection Therewith; and (C) Granting Related Relief; and (II) for the Entry of an Order Establishing Procedures for the Rejection of Executory Contracts and Unexpired Leases [D.I. 13] (the "Motion").

If you wish to file an objection or response to the Motion, you must do so on or before **4:00 p.m. (ET) on October 23, 2020**. At the same time, you must also serve a copy of the objection or response via email upon the Debtors' attorneys:

| Cozen O'Connor <br> Thomas J. Francella, Jr. <br> tfrancella@cozen.com | Shullman Bastian Friedman & Bui LLP <br> Alan J. Friedman <br> Melissa Davis Lowe <br> afriedman@shulmanbastian.com <br> mlowe@shulmanbastian.com | Whiteford, Taylor & Preston LLC <br> Richard W. Riley <br> rriley@wtplaw.com |
|---|---|---|

A hearing on the Motion is scheduled for **October 30, 2020 at 11:00 a.m. (ET)** before the Honorable Karen B. Owens, United States Bankruptcy Judge, United States Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number is (1) YogaWorks, Inc., a Delaware corporation (9105); and (2) Yoga Works, Inc., a California corporation (0457).

Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware.

**If you fail to object or respond in accordance with this Notice, the Court may grant the relief requested by the Motion without further notice or hearing.**

| | |
|---|---|
| Dated: October 16, 2020<br>Wilmington, Delaware | **COZEN O'CONNOR**<br><br>*/s/ Thomas J. Francella, Jr.*<br>Thomas J. Francella, Jr. (DE Bar No. 3835)<br>Thomas M. Horan (DE Bar No. 4641)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>Telephone: (302) 295-2000<br>Facsimile: (302) 250-4495<br>E-mail: tfrancella@cozen.com<br>E-mail: thoran@cozen.com<br><br>-and-<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman, Esquire<br>Melissa Davis Lowe, Esquire<br>100 Spectrum Center Drive; Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 427-1654<br>Facsimile: (949) 340-3000<br>E-mail:<br>afriedman@shulmanbastian.com<br>mlowe@shulmanbastian.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession*<br><br>-and-<br><br>**WHITEFORD, TAYLOR & PRESTON LLC**<br>Richard W. Riley (DE No. 4052)<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>Telephone:     (302) 353-4144<br>Facsimile:      (302) 661-7950<br>Email:             rriley@wtplaw.com<br><br>*Proposed Conflicts Counsel to the Debtors and Debtors in Possession* |

\49003303\1