# Court Conference

U.S. Bankruptcy Court-District of Delaware

Calendar Date: **10/16/2020**

Confirmed Telephonic Appearance Schedule

Calendar Time: **02:30 PM ET**

Honorable Karen B. Owens

Courtroom

*Amended Calendar   Oct 16 2020 11:02AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10909306 | Joseph C. Barsalona, II | (302) 658-9200 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Representing, Serene Investment Management, LLC / LIVE |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10910228 | Brian Cooper | (949) 340-3400 ext. | Shulman Bastian Friedman & Bui LLP | Debtor, Brian Cooper (CEO to Debtor) / LIVE |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10909741 | William E. Curtin | (212) 839-6745 ext. | Sidley Austin LLP | Interested Party, Great Hill Partners / LIVE |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10909692 | Melissa R. Davis Lowe | (949) 340-3400 ext. | Shulman Bastian Friedman & Bui LLP | Debtor, YogaWorks, Inc. / LIVE |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10909724 | Roxanne Eastes | (302) 571-5732 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Great Hill Partners / LISTEN ONLY |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10910531 | Mark W. Eckard | (415) 543-8700 ext. | Reed Smith LLP | Creditor, Creditors Committee / LISTEN ONLY |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10909569 | Thomas Francella | (302) 295-2022 ext. | Cozen O'Connor | Debtor, Yogaworks, Inc. / LIVE |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10909679 | Alan J. Friedman | (949) 340-3400 ext. 160 | Shulman Bastian Friedman & Bui LLP | Debtor, YogaWorks, Inc. / LIVE |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10909243 | Benjamin A. Hackman | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Andrew Vara / LIVE |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10910293 | Leslie C. Heilman | (302) 252-4446 ext. | Ballard Spahr LLP | Creditor, Federal Realty Investment Trust / LIVE |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10911298 | Allen Jahromi | (703) 848-8959 ext. | Allen Jahromi - In Pro Per/Pro Se | Interested Party, Allen Jahromi / LIVE |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10911249 | Jeffrey Kaplan | (201) 627-8142 ext. | CRG Financial LLC | Consultant, CRG Financial LLC / LISTEN ONLY |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10910605 | Chad Kurtz | (949) 357-2360 ext. | Force 10 Partners LLC | Debtor, Brian Cooper (CEO to Debtor) / LISTEN ONLY |
| | | YogaWorks, Inc. | 20-12599 | Hearing | 10910645 | Andrew Matott | (212) 574-1224 ext. | Seward & Kissel LLP | Interested Party, Seward & Kissel LLP / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| YogaWorks, Inc. | 20-12599 | Hearing | 10910269 | Adam Meislik | (949) 340-3400 ext. | Shulman Bastian Friedman & Bui LLP | Financial Advisor, Adam Meislik / LIVE |
| YogaWorks, Inc. | 20-12599 | Hearing | 10910484 | Randy Michelson | (415) 512-8600 ext. | Michelson Law Group | Representing, Serene Investment Management, LLC / LIVE |
| YogaWorks, Inc. | 20-12599 | Hearing | 10909299 | Eric Moats | (302) 351-9486 ext. 486 | Morris, Nichols, Arsht & Tunnell, LLP | Representing, Serene Investment Management, LLC / LIVE |
| YogaWorks, Inc. | 20-12599 | Hearing | 10909686 | Edmon Morton | (302) 571-6637 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Great Hill Partners / LIVE |
| YogaWorks, Inc. | 20-12599 | Hearing | 10909319 | Tori Remington | (302) 351-9168 ext. | Morris, Nichols, Arsht & Tunnell, LLP | Representing, Serene Investment Management, LLC / LISTEN ONLY |
| YogaWorks, Inc. | 20-12599 | Hearing | 10910848 | Richard W. Riley | (302) 353-4144 ext. | Whiteford, Taylor & Preston, LLP | Other Prof., Special Council for YogaWorks, Inc. / LISTEN ONLY |
| YogaWorks, Inc. | 20-12599 | Hearing | 10910613 | Matt Shechtnan | (404) 293-2005 ext. | Shulman Bastian Friedman & Bui LLP | Debtor, Brian Cooper (CEO to Debtor) / LISTEN ONLY |
| YogaWorks, Inc. | 20-12600 | Hearing | 10911107 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Interested Party, Bayard PA / LIVE |