# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YOGAWORKS, INC., et al.,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 20-12599 - KBO<br><br>(Jointly Administered)<br><br>**Re:  D.I. 10 and 44** |

### CERTIFICATION OF COUNSEL REGARDING CORRECTED INTERIM ORDER (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING AND USE CASH COLLATERAL; (II) GRANTING LIENS AND SUPER-PRIORITY CLAIMS AND ADEQUATE PROTECTION; (III) MODIFYING THE AUTOMATIC STAY; AND (IV) GRANTING RELATED RELIEF

I, Thomas J. Francella, Jr., Esquire, proposed Delaware counsel to the above captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On October 15, 2020, the Debtors filed a Motion Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims an Adequate Protection; (III) Modifying the Automatic Stay; (IV) Approving Debtors' Assumption of and Entry Into the Restructuring Support Agreement; and (V) Granting Related Relief  [D.I. 10; Filed 10/15/2020] (the "DIP Motion").

2. On October 16, 2020, this Court entered its Interim Final Order (I) Authorizing Debtors to Obtain Postpetition Financing and Use Cash Collateral; (II) Granting Liens and Super-Priority Claims an Adequate Protection; (III) Modifying the Automatic Stay; (IV) Approving Debtors' Assumption of and Entry Into the Restructuring Support Agreement; and (V) Granting

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number is (1) YogaWorks, Inc., a Delaware corporation (9105); and (2) Yoga Works, Inc., a California corporation (0457).

Related Relief Attached to the DIP Motion was a proposed interim order granting the relief requested in the DIP Motion on an interim basis (the "Interim DIP Order") [D.I. 44].

3. Since entry of the Interim Order, the Debtors have realized that the Interim Order contains a typographical error on page 1. As a result, the Debtors have made revisions to the Interim DIP Order to remedy the typographical error (the "Corrected Interim DIP Order"). Attached hereto as **Exhibit "A"** is a redline comparing the Interim DIP Order to the Corrected DIP Order. Attached hereto as **Exhibit "B"** is a clean copy of the Corrected Interim DIP Order.

WHEREFORE, the Debtors respectfully request the entry of the Corrected Interim DIP Order attached hereto as **Exhibit "B"**.

| | |
|---|---|
| Dated: October 21, 2020<br>Wilmington, Delaware | **COZEN O'CONNOR**<br><br>*/s/ Thomas J. Francella, Jr.*<br>Thomas J. Francella, Jr. (DE Bar No. 3835)<br>Thomas M. Horan (DE Bar No. 4641)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>Telephone: (302) 295-2000<br>Facsimile: (302) 250-4495<br>E-mail: tfrancella@cozen.com<br>E-mail: thoran@cozen.com<br><br>and<br><br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>Alan J. Friedman (CA Bar No. 132580)<br>Melissa Davis Lowe(CA Bar No. 245521)<br>100 Spectrum Center Drive; Suite 600<br>Irvine, CA 92618<br>Telephone: (949) 427-1654<br>Facsimile: (949) 340-3000<br>E-mail: afriedman@shulmanbastian.com<br>mlowe@shulmanbastian.com<br>*Proposed Counsel to the Debtors and Debtors in Possession* |