# EXHIBIT C

**YogaWorks Inc. and Yoga Works Inc.**
**Wind-down Cash Flow Projections**
**Comparison of Recovery in Ch 11 vs Ch 7 Scenarios**

| Description | Est'd Allowed Claims | Recovery Under: Ch 11 Winddown $ | % | Est'd Allowed Claims | Recovery Under: Ch 7 Liquidation $ | % | | Ch 11 Recovery is Equal or Higher |
|---|---|---|---|---|---|---|---|---|
| **Administrative Claims** | | | | | | | | |
| Current AP | 7,156 | 7,156 | 100.0% | 7,156 | 7,156 | 100.0% | [1] | Yes |
| Ch 11 Professional Fees | 1,080,289 | 1,080,289 | 100.0% | 1,451,849 | 726,817 | 50.1% | [2] | Yes |
| F10 Transaction Fee | 12,649 | 12,649 | 100.0% | 8,129 | 8,129 | 100.0% | [1] | Yes |
| Claims & Noticing Agent | 149,560 | 149,560 | 100.0% | 53,569 | 53,569 | 100.0% | [3] | Yes |
| U.S. Trustee Fee | 129,478 | 129,478 | 100.0% | 98,486 | 98,486 | 100.0% | [3] | Yes |
| Independent Director Fees | 98,500 | 98,500 | 100.0% | 73,500 | 73,500 | 100.0% | [1] | Yes |
| Payroll Taxes (Admin only) | 57,391 | 57,391 | 100.0% | 57,391 | 57,391 | 100.0% | [1] | Yes |
| | | | | | | | | |
| Secured = EDD Payroll Tax Lien | 33,765 | 33,765 | 100.0% | 33,765 | 33,765 | 100.0% | | Yes |
| Secured = Property Taxes | 3,893 | 3,893 | 100.0% | 3,893 | 3,893 | 100.0% | | Yes |
| | | | | | | | | |
| Priority = Sales Taxes | 3,677 | 3,677 | 100.0% | 3,677 | 0 | 0.0% | | Yes |
| Priority = Property Taxes (excl Secured) | 134,650 | 134,650 | 100.0% | 134,650 | 0 | 0.0% | | Yes |
| Priority = Payroll Taxes (excl Admin) | 646,602 | 646,602 | 100.0% | 646,602 | 0 | 0.0% | | Yes |
| Priority = Residual Employee | 21,016 | 21,016 | 100.0% | 21,016 | 0 | 0.0% | | Yes |
| Priority = Customer Refunds | 20,159 | 20,159 | 100.0% | 20,159 | 0 | 0.0% | | Yes |
| | | | | | | | | |
| Potential GUC Recovery | 17,000,000 | 340,000 | 2.0% | 17,000,000 | 0 | 0.0% | | Yes |

[1] In a Ch 7 Liquidation scenario, it is assumed that most Administrative Claims will have been or will be paid immediately prior to conversion, with the exception of Ch 11 Professional Fees, which are discussed below (see note [2]).
[2] In a Ch 7 Liquidation scenario, it is assumed that at least $1.45 million of professional fees will have been incurred by the time of the assumed conversion.  It is further assumed that only $475k will have been paid by the time of the assumed conversaion.  After paying estimated Secured and Ch 7 Administrative Expense, an additional $251k is projected to be available to pay on such claims.
[3] In a Ch 7 Liquidation scenario, fees for the UST and Claims & Noticing Agent services shown above are only those owed from the Ch 11 post-petition period.  Any further amounts incurred post-conversion are also assumed to be paid in full as incurred by the Ch 7 Trustee.

| Week Ending | Estd 25-Dec | Estd 31-Dec | Proj 31-Jan | Proj 28-Feb | Proj Post-Conf. | Total | Comments |
|---|---:|---:|---:|---:|---:|---:|---|
| **Chapter 11 Winddown Sceanrio = Eff. Date as of February 28, 2021** | | | | | | | |
| **Cash Receipts** | | | | | | | |
| Customer Collections | 117,074 | 146,016 | 37,233 | 0 | 0 | 300,323 | Includes actuals through 1/5; no further receipts anticipated |
| Less: Chargebacks | (5,206) | (1,931) | (624) | 0 | 0 | (7,761) | Includes actuals through 1/5; no further chargebacks anticipated |
| Total Receipts | 111,868 | 144,085 | 36,609 | 0 | 0 | 292,562 | |
| **Disbursements** | | | | | | | |
| Total Labor | 0 | (182,794) | (65,111) | 0 | 0 | (247,905) | Incl KERP and actual 1/5 payroll taxes; no more labor anticipated |
| Total COGS | (16,642) | (115,334) | (68,890) | 0 | 0 | (200,867) | Incl act TSYS fees and payroll taxes plus proj Dec Amex fees ($5k) |
| Total Marketing | (24,328) | (7,500) | 0 | 0 | 0 | (31,828) | |
| Total Other | (18,578) | (16,736) | (30,000) | (64,000) | (10,000) | (139,314) | Incl $20k for Dec bank fees, plus $54k for Q4 Ultipro, plus $10k / mo |
| Current AP | 0 | 0 | (7,156) | 0 | 0 | (7,156) | Based on 1/5 AP Aging, plus $5k for Dec Recurly, Brightcove, Utilities |
| Capex | (14,895) | (11,645) | 0 | 0 | 0 | (26,540) | |
| Total Operating Disbursements | (74,443) | (334,009) | (171,157) | (64,000) | (10,000) | (653,609) | Includes actuals through 1/5 |
| **Operating Cash Flows** | 37,425 | (189,924) | (134,548) | (64,000) | (10,000) | (361,047) | |
| Ch 11 Professional Fees | 0 | 0 | (475,958) | (334,951) | (269,380) | (1,080,289) | Pay up to 80% of DIP Budget by Feb; pay balance post-Confirmation |
| F10 Transaction Fee | 0 | 0 | (12,649) | 0 | 0 | (12,649) | As per current DIP Budget, less $50k to pay to GUCs instead |
| Claims & Noticing Agent | 0 | 0 | (53,569) | (35,713) | (60,279) | (149,560) | Assumes BMC = $190k in total, Noticing = approx $25k in Feb |
| U.S. Trustee Fee | 0 | 0 | (98,486) | 0 | (30,991) | (129,478) | Proj at 1% of total disbursements, incl $7.3 mln cash sale proceeds |
| Independent Director Fees | 0 | 0 | (48,500) | (25,000) | (25,000) | (98,500) | Jan = actuals; Feb/Mar = $10k / director plus $5k of meeting fees |
| Restructuring Disbursements | 0 | 0 | (689,163) | (395,663) | (385,650) | (1,470,476) | |
| **Plan Funding** | | | | | | | |
| D&O Insurance | 0 | 0 | (149,216) | 0 | 0 | (149,216) | Current est through new 1 year policy |
| Secured = EDD Payroll Tax Lien | 0 | 0 | 0 | 0 | (33,765) | (33,765) | Lien filed as of 9/21/20, includes interest |
| Priority = Sales Taxes | 0 | 0 | 0 | 0 | (3,677) | (3,677) | Per Schedules |
| Secured & Priority = Property Taxes | 0 | 0 | 0 | 0 | (138,543) | (138,543) | Est'd to incl POCs; incl amounts to be paid from sale (Texas prop taxes) |
| Priority & Admin = Payroll Taxes | 0 | 0 | 0 | 0 | (703,993) | (703,993) | Per current estimates; excl $33.8k EDD lien (secured, see above) |
| Priority = Residual Employee | 0 | 0 | 0 | 0 | (21,016) | (21,016) | Est'd to incl POCs; all PTO paid at final payroll or assumed by buyer |
| Priority = Customer Refunds | 0 | 0 | 0 | 0 | (20,159) | (20,159) | Est'd based on filed POCs |
| **Plan Funding (excl GUC Claims)** | 0 | 0 | (149,216) | 0 | (921,152) | (1,070,368) | |
| **Wind-down and Final Tax Returns** | | | | | | | |
| Accounting Support | 0 | 0 | (4,167) | (4,167) | (4,167) | (12,500) | Assume 50% of current salary, through March |
| Operations Support | 0 | 0 | (21,650) | (20,000) | (21,650) | (63,300) | Assume $5k / week, through March |
| Final Tax Returns | 0 | 0 | 0 | 0 | (30,000) | (30,000) | Assume $20k for 2020 and $10k for 2021 |
| **Wind-down and Final Tax Returns** | 0 | 0 | (25,817) | (24,167) | (55,817) | (105,800) | Originally budgeted at $100k |
| **DIP Loan Draws** | 0 | 0 | 1,150,000 | 0 | 0 | 1,150,000 | Assume received in January |
| **External Funding** | 0 | 0 | 0 | 0 | 565,000 | 565,000 | Assume $100k from Serene and $465k from GHP |
| **Potential GUC Recovery** | 0 | 0 | 0 | 0 | (340,000) | (340,000) | Estimated at $340k (targeted to be 2% of est'd $17 million total pool) |
| **Net Cash Flows** | 37,425 | (189,924) | 151,257 | (483,830) | (1,147,619) | (1,632,691) | |
| **Beginning Cash** | 1,632,691 | 1,670,116 | 1,480,192 | 1,631,449 | 1,147,619 | 1,632,691 | |
| Ending Cash | 1,670,116 | 1,480,192 | 1,631,449 | 1,147,619 | 0 | 0 | |

| Week Ending | Chapter 7 Liquidation Sceanrio = as of January 31, 2021 | | | | | | Changes from Ch 11 POR Winddown Cash Flow Projections |
|---|---|---|---|---|---|---|---|
| | Estd 25-Dec | Estd 31-Dec | Proj 31-Jan | Proj Post-Conversion 28-Feb | Mar onward | Total | |
| **Cash Receipts** | | | | | | | |
| Customer Collections | 117,074 | 146,016 | 37,233 | 0 | 0 | 300,323 | |
| Less: Chargebacks | (5,206) | (1,931) | (624) | 0 | 0 | (7,761) | |
| **Total Receipts** | 111,868 | 144,085 | 36,609 | 0 | 0 | 292,562 | |
| **Disbursements** | | | | | | | |
| Total Labor | 0 | (182,794) | (65,111) | 0 | 0 | (247,905) | |
| Total COGS | (16,642) | (115,334) | (68,890) | 0 | 0 | (200,867) | |
| Total Marketing | (24,328) | (7,500) | 0 | 0 | 0 | (31,828) | |
| Total Other | (18,578) | (16,736) | (30,000) | (64,000) | (10,000) | (139,314) | Post-conv. services / expenses to be incurred and paid by Ch 7 Trustee |
| Current AP | 0 | 0 | (7,156) | 0 | 0 | (7,156) | |
| Capex | (14,895) | (11,645) | 0 | 0 | 0 | (26,540) | |
| **Total Operating Disbursements** | (74,443) | (334,009) | (171,157) | (64,000) | (10,000) | (653,609) | |
| **Operating Cash Flows** | 37,425 | (189,924) | (134,548) | (64,000) | (10,000) | (361,047) | January includes estimated actuals to date |
| Ch 11 Professional Fees | 0 | 0 | (475,958) | 0 | (250,859) | (726,817) | Jan payments = $476k; remainder paid subject to available Cash |
| F10 Transaction Fee | 0 | 0 | (8,129) | 0 | 0 | (8,129) | Pro-rated from DIP Budget amount based on projected DIP Loan Draws |
| Claims & Noticing Agent | 0 | 0 | (53,569) | 0 | (59,765) | (113,334) | Post-conversion fees to be incurred and paid by Ch 7 Trustee |
| U.S. Trustee Fee | 0 | 0 | (98,486) | 0 | (15,520) | (114,006) | Post-conversion fees to be incurred and paid by Ch 7 Trustee |
| Independent Director Fees | 0 | 0 | (48,500) | (25,000) | 0 | (73,500) | Assume pay January fees immediately prior to conversion |
| **Restructuring Disbursements** | 0 | 0 | (684,642) | (25,000) | (326,144) | (1,035,786) | |
| **Plan Funding** | | | | | | | |
| D&O Insurance | 0 | 0 | (149,216) | 0 | 0 | (149,216) | Assumed paid in January, funded by agreed upon DIP Loan Draw |
| Secured = EDD Payroll Tax Lien | 0 | 0 | 0 | 0 | (33,765) | (33,765) | Secured amounts to be paid |
| Priority = Sales Taxes | 0 | 0 | 0 | 0 | 0 | 0 | |
| Secured & Priority = Property Taxes | 0 | 0 | 0 | 0 | (3,893) | (3,893) | Secured amounts to be paid |
| Priority & Admin = Payroll Taxes | 0 | 0 | 0 | 0 | (57,391) | (57,391) | Administrative amounts to be paid |
| Priority = Residual Employee | 0 | 0 | 0 | 0 | 0 | 0 | |
| Priority = Customer Refunds | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Plan Funding (excl GUC Claims)** | 0 | 0 | (149,216) | 0 | (95,049) | (244,264) | No funds available for Priority recoveries |
| **Wind-down and Final Tax Returns** | | | | | | | |
| Accounting Support | 0 | 0 | (4,167) | (4,167) | (4,167) | (12,500) | Winddown to be handled by Ch 7 Trustee for same amount as in Ch 11 |
| Operations Support | 0 | 0 | (21,650) | (20,000) | (21,650) | (63,300) | scenario; fees assume all Jan disbursements occur prior to appointment |
| Ch 7 Trustee Fees | 0 | 0 | 0 | 0 | (35,009) | (35,009) | (ie, based on distributions of $635.2k) |
| Final Tax Returns | 0 | 0 | 0 | 0 | (30,000) | (30,000) | |
| **Wind-down and Final Tax Returns** | 0 | 0 | (25,817) | (24,167) | (90,826) | (140,809) | |
| **DIP Loan Draws** | 0 | 0 | 149,216 | 0 | 0 | 149,216 | Final DIP Loan Draw assumed only for funding of D&O Insurance |
| **External Funding** | 0 | 0 | 0 | 0 | 0 | 0 | No external funding assumed in the event of a Ch 7 liquidation |
| **Potential GUC Recovery** | 0 | 0 | 0 | 0 | 0 | 0 | No funds available for GUC recovery |
| **Net Cash Flows** | 37,425 | (189,924) | (845,007) | (113,167) | (522,018) | (1,632,691) | |
| **Beginning Cash** | 1,632,691 | 1,670,116 | 1,480,192 | 635,185 | 522,019 | 1,632,691 | |
| **Ending Cash** | 1,670,116 | 1,480,192 | 635,185 | 522,019 | 0 | 0 | |